UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 22-1314-DMG (GJSx) | Date | October 20, 2022 |
|---|---|---|---|

| Title | *John Irizawa v. California Credit Union, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER GRANTING MOTION FOR LEAVE TO AMEND [43]**

On September 30, 2022, Plaintiff John Irizawa filed a Motion for Leave to Amend his Complaint ("MLA"), noticed for hearing on November 18, 2022. [Doc. # 43.] He seeks leave to file a Second Amended Complaint ("SAC") to add an additional defendant. Both of the current Defendants, MCNJ, Inc. and California Credit Union, have notified the Court that they do not oppose the MLA. [*See* Doc. ## 46, 47.] The deadline to amend the pleadings and to add new parties has not yet expired. [*See* Doc. # 41-1 (setting November 3, 2022 deadline to amend the pleadings and add new parties).][1] Plaintiff's unopposed MLA is therefore **GRANTED**. Plaintiff shall file the SAC attached as an exhibit to his MLA on the docket **within three court days** of the date of this Order. The November 18, 2022 hearing on this matter is **VACATED**.

**IT IS SO ORDERED.**

---

[1] The Court notes that had this motion been heard on its scheduled hearing date of November 18, 2022, it would have been untimely. The first full page of the Court's Scheduling and Case Management Order ("CMO") makes clear that motions to add parties "must be noticed to be **heard** on or before the specified deadline in the attached schedule." CMO at 2 (emphasis in original) [Doc. # 41]. Because this motion was filed nearly two months before the hearing date, however, the Court will grant the motion. But Plaintiff's counsel is reminded that, in the future, failure to adhere to Court-imposed deadlines may result in the denial of Plaintiff's motion.